No. A–414. ROEMER ET AL. v. BOARD OF PUBLIC WORKS OF MARYLAND ET AL. D. C. Md. Application for an injunction pending appeal presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant the injunction. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 73–1256. CONNELL CONSTRUCTION Co., INC. v. PLUMBERS & STEAMFITTERS LOCAL UNION No. 100, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO. C. A. 5th Cir. [Certiorari granted, 416 U. S. 981.] Motion of the Chamber of Commerce of the United States for leave to file a reply brief as amicus curiae denied.

No. 73–1543. JOHNSON v. RAILWAY EXPRESS AGENCY, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 417 U. S. 929.] Motion of respondents for divided argument granted.

No. 73–6642. CROSBY ET AL. v. MIDDENDORF, SECRETARY OF THE NAVY. C. A. 9th Cir. Motion to consolidate this case with Nos. 74–175 and 74–5176 [Middendorf v. Henry and Henry v. Middendorf, certiorari granted, ante, p. 895] denied.